## T. S. McFARLAND v. STATE.

### No. A-2096.

T. S. McFarland was convicted in the county court of Garvin county, of theft. Affirmed, per curiam, November 1, 1913.